UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

STEVE MILLER,

    Plaintiff,

  v.

PREMIERE CREDIT OF NORTH AMERICA, LLC,

    Defendant.

Case No. 5:15-cv-03132-EJD

**CASE MANAGEMENT ORDER**

Re: Dkt. No. 18

This case is scheduled for a Case Management Conference on December 10, 2015. Based on the parties' Joint Case Management Statement and proposed schedule, the court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.[1]

IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.  The court GRANTS Defendant's request to postpone class discovery until discovery on Plaintiff's individual claims have been completed.  The parties' shall submit a joint stipulation when they agree it is appropriate to begin class discovery.  Discovery on Plaintiff's individual claims shall be completed on or before **April**

---

[1] Consequently, the parties' Motions to Appear by Telephone are DENIED AS MOOT. See Dkt. Nos. 17, 19.

**29, 2016**.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | December 30, 2016 |
| Designation of Opening Experts with Reports | October 28, 2016 |
| Designation of Rebuttal Experts with Reports | November 25, 2016 |
| Expert Discovery Cutoff | December 13, 2016 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[2] | January 13, 2017 |
| Trial Setting Conference *(see Section III(C)(1) of Standing Order for Civil Cases)* | 11:00 a.m. on November 17, 2016 |
| Joint Trial Setting Conference Statement *(see Section III(C)(2) of Standing Order for Civil Cases)* | November 7, 2016 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[3] with regard to the timing and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: December 7, 2015

_____
EDWARD J. DAVILA
United States District Judge

---

[2] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[3] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2
Case No.: 5:15-cv-03132-EJD
CASE MANAGEMENT ORDER